NUMBER 13-02-166-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

___________________________________________________________________

 

RIO
GRANDE CONTAINER, INC.,                                            Appellant,

 

                                                   v.

 

ROGELIO
GUERRA,                                                                Appellee.

___________________________________________________________________

 

                        On appeal from the 206th District Court 

                                  of Hidalgo
County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

                  Before Justices
Dorsey, Hinojosa, and Rodriguez

                                       Opinion
Per Curiam

 








Appellant, RIO
GRANDE CONTAINER, INC., perfected an appeal from a judgment entered by the 206th District Court of Hidalgo County, Texas, in
cause number C-1943-00-D.  
After the record was filed, the parties filed an agreed motion to set
aside final judgment and to dismiss.  In
the motion, the parties state that all matters have been resolved between them
in this cause.  The parties request that
the final judgment be set aside and that the case be dismissed in its entirety.

The Court, having
examined and fully considered the documents on file and  the parties= agreed motion, is of the opinion that the motion
should be granted.  The agreed motion is
granted, and the judgment of the trial court is hereby SET ASIDE and the cause
is DISMISSED.         

PER CURIAM

Opinion ordered not published.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 18th day of July, 2002.